982 A.2d 61

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ryan Lynn ANDERSON, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 1, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of September, 2009, the Application to Amend and the Petition for Allowance of Appeal are hereby **DENIED.**